UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INDICTMENT

    -v.-        :

CARLOS MANUEL VALDEZ,        :
    a/k/a "Carlos Sossa,"

                     Defendant.        :

- - - - - - - - - - - - - - - - - - x



JUDGE SWAIN

COUNT ONE

The Grand Jury charges:

On or about May 8, 2008, in the Southern District of New York and elsewhere, CARLOS MANUEL VALDEZ, a/k/a "Carlos Sossa," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been deported from the United States, to wit, on or about November 30, 2005, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about July 5, 1995, in New York Supreme Court, Kings County, for Robbery in the First Degree, in violation of New York Penal Law 160.15, a Class B felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CARLOS MANUEL VALDEZ,

a/k/a "Carlos Sossa,"

**Defendant.**

---

**INDICTMENT**

08 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)



MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

---

5/21/08  Ind. filed. Case assigned to Judge SWAIN

ELLIS J.